UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
FELIPE CIRNE DE LOS SANTOS,

                     Plaintiff,                    Case No.: 21-cv-01577

  - against -

94 CORNER CAFE CORP., MOHINDER SINGH,        NOTICE OF APPEARANCE
BALWINDER SINGH, PARMAJIT KAUR and
KADRA ZARWI,

                     Defendants,
-------------------------------------------------------------------

**PLEASE TAKE NOTICE** that Amit Kumar of THE LAW OFFICES OF WILLIAM CAFARO hereby enters his appearance as counsel for the Plaintiffs in the above-captioned proceeding. I certify that I am admitted to practice in this court.

Dated:  New York, NY
          August 31, 2021

                                                    Respectfully Submitted

                                                    Amit Kumar (AK0822)
                                                    *Attorney for the Plaintiffs*
                                                      The Law Offices of William Cafaro
                                                      108 West 39th Street, Suite 602
                                                      New York, New York 10018
                                                      Main: 212 – 583 – 7400
                                                      Fax:   212 – 583- 7401
                                                      AKumar@cafaroesq.com