USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/5/2022___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE CIRNE DE LOS SANTOS,

        Plaintiff,

        -against-

94 CORNER CAFE CORP., MOHINDER SINGH,
BALWINDER SINGH, PARMAJIT KAUR, and KADRA
ZARWI,

        Defendants.

1:21-cv-1577-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

        The history of this case is recounted in the Court's Order dated November 8, 2021.  [ECF

No. 33].  In that Order, the Court granted Individual Defendants, proceeding *pro se*, leave to file

their Motion to Dismiss.  The Court directed Defendants to file their Motion to Dismiss on or

before December 6, 2021.  To date, Defendants have not filed their Motion to Dismiss, nor have

they answered or otherwise responded to Plaintiff's Complaint.

        IT IS HEREBY ORDERED that on or before February 7, 2022, Defendants answer or

otherwise respond to Plaintiff's Complaint.  Failure to do so may result in an entry of default

judgment against Defendants.

        The Clerk of Court is respectfully requested to mail copies of this Order to the *pro se*

Defendants at the address of record.

**SO ORDERED.**

**Dated: January 5, 2022**
    **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

1