USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE CIRNE DE LOS SANTOS,

                Plaintiffs,

-against-

94 CORNER CAFE CORP., MOHINDER SINGH, BALWINDER SINGH, PARMAJIT KAUR, and KADRA ZARWI,

                Defendants.

1:21-cv-01577-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court scheduled an initial pre-trial conference in this matter for April 26, 2022 at 10:00 AM. [ECF No. 41]. The Court directed the parties to submit, one week before the conference, a Proposed Case Management Plan and Scheduling Order and joint letter, as required by this Court's Individual Rules of Practice. [ECF No. 41]. To date, the parties have not submitted either a Proposed Case Management Plan and Scheduling Order or joint letter.

The Court will not delay the initial pre-trial conference because of the parties' noncompliance with this Court's orders and individual rules. Accordingly, on or before April 22, 2022, the parties shall submit a Proposed Case Management Plan and Scheduling Order and **JOINT** letter, as required by this Court's Individual Rules of Practice and as specified in the Court's scheduling order at ECF No. 41. That joint letter should include:

1. A brief statement of the nature of the case, the principal claims and defenses, and the major legal and factual issues that are most important to resolving the case;

2. A brief statement by the plaintiff, or by the defendant in removed cases, as to the basis of subject matter jurisdiction and venue, and a brief statement by each other party as to the presence or absence of subject matter jurisdiction and venue. Statements shall include citations to relevant statutes. In cases invoking the Court's diversity jurisdiction, the parties should state both the place of incorporation and the principal place of business of any party that is a corporation, and the citizenship of all members, shareholders, partners,

and/or trustees of any party that is a partnership, limited partnership, limited liability company, or trust;

3. A statement of procedural posture, including

    a. A brief description of any (i) motions that have been made and decided, (ii) motions that any party seeks or intends to file, including the principal legal and other grounds in support of and opposition to the motion, (iii) pending motions and (iv) other applications that are expected to be made at the conference;

    b. A brief description of any discovery that has already taken place, and a brief description of any discovery that the parties intend to take in the future; and

    c. A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and

4. Any other information the parties believe may assist the Court in resolving the action.

**<u>FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN SANCTIONS.</u>**

**<u>THE COURT WILL NOT ADJOURN THIS CONFERENCE BECAUSE OF THE PARTIES' FAILURE TO COMPLY WITH THE COURT'S ORDERS.</u>**

**SO ORDERED.**

**Date: April 20, 2022**
**New York, NY**

MARY KAY VYSKOCIL
United States District Judge