USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/13/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE CIRNE DE LOS SANTOS,

                Plaintiffs,

                -against-

94 CORNER CAFE CORP., MOHINDER SINGH, BALWINDER SINGH, PARMAJIT KAUR, and KADRA ZARWI,

                Defendants.

1:21-cv-01577-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the Post-Discovery Conference scheduled for August 9, 2022 at 10:00 AM is ADJOURNED to August 16, 2022 at 11:00 AM.

**SO ORDERED.**

**Date:  June 13, 2022**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**