JONATHAN B. STRAUSS
ATTORNEY AT LAW
233 BROADWAY - SUITE 900
NEW YORK, NY 10279
(212) 792-7948
FAX: (212) 267-2110

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2022
```

October 25th, 2022

Hon. Mary Kay Vyskocil
225 Cadman Plaza
Brooklyn, New York 11201
Via ECF

Re: De Los Santos v. 94 Corner Café Corp., et al
21-CV-01577-MKV

Dear Hon. Mary Kay Vyskocil:

    In accordance with your Honor's individual Court rules I am most respectfully requesting a short adjournment for our scheduled conference on November 2nd, 2022 at 3:30 PM. There has been previous adjournments granted in this matter. Nevertheless, we are in full compliance with the discovery schedule and there are no pre-trial motions needed. The previous requests were granted and one was done sua sponte so that we could finish our mediation. One adjournment was done by the Court because both parties failed to timely file a joint status letter, which was filed soon after we became aware of our mistake.

    Do to the Covid 19 pandemic, many State defendants have been waiting an inordinate amount of time for their respective trials to begin. I am a solo practitioner and I am currently on trial on a 5 co-defendant homicide in New York State Supreme Court, Kings County, before the Honorable Vincent Del Guidice in the case of **People v. Donavin Mcday**, et. al. There are 15 court officers assigned to this case due to the nature of the charges and the defendants involved. As the Court can imagine, there are many litigants and other court personnel also involved. I have called my adversary and he consents to the short requested adjournment.

    I most respectfully ask that the matter be adjourned to the agreed dates of anytime on November 16th, 17th or the morning of the 22nd. Thank You in advance for your consideration.

Most Respectfully,

Jonathan Strauss

---

**GRANTED. The status conference scheduled for November 2, 2022 is ADJOURNED to November 22, 2022 at 12:00 PM. SO ORDERED.**

Date: 10/25/2022
New York, New York

Mary Kay Vyskocil
United States District Judge