```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FELIPE CIRNE DE LOS SANTOS,

                                        Plaintiff,

               -against-

94 CORNER CARE CORP., MOHINDER
SINGH, BALWINDER SINGH, PARMAJIT
KAUR, and KADRA ZARWI,

                                     Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

21-CV-1577 (MKV)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       This case has been referred to me for settlement purposes (docket no. 61). A telephone conference will be held on **Wednesday, February 1, 2023 at 3:00 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      **The Clerk of Court is directed to mail a copy of this order to the pro se Defendants.**

      SO ORDERED.

Dated: November 22, 2022
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge