```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE CIRNE DE LOS SANTOS,

           Plaintiff,

           -against-

94 CORNER CARE CORP., MOHINDER SINGH,
BALWINDER SINGH, PARMAJIT KAUR, and
KADRA ZARWI,

           Defendants.

1:21-cv-1577-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

        On or before December 2, 2022, the parties are HEREBY ORDERED to provide the Court with a list of blackout dates that the parties are *not* available to proceed to trial in this case. The parties should include dates in the second and third quarters of 2023.

SO ORDERED.

Date: November 29, 2022
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**