IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
FELIPE CIRNE DE SANTOS,

                    Plaintiff,

                                                                                        21 CV 01577
-against-                                                 (MKV, J.)

94 CORNER CAFÉ CORP., MOHINDER SINGH,
BALWINDER SINGH, PARMAJIT KAUR and
KADRA ZARWI,

                    Defendants.
-----------------------------------------------------------X

## NOTICE OF APPEARANCE

        Please take notice that the undersigned attorney herein represents all of the Defendants; 94 Corner Café Corp., Mohinder Singh, Balwinder Singh, Parmajit Kaur and Kadra Zarwi. Any and all correspondence and notices should be sent to Jonathan Strauss, Esq at the address below or via ECF.

Dated: November 29th, 2022                                 Respectfully submitted,

                                                                             /s/
                                                      **LAW OFFICE OF JONATHAN STRAUSS**
                                                      By: Jonathan B. Strauss
                                                      233 Broadway, Suite 900
                                                      New York, New York 10279
                                                      (212) 792-7948

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Defendants Notice of Appearance was provided via the Court's electronic filing system and notification system (CM/ECF) to all counsel of record on the 29th day of November, 2022.

/s/
**LAW OFFICE OF JONATHAN STRAUSS**
By: Jonathan B. Strauss
233 Broadway, Suite 900
New York, New York 10279
(212) 792-7948