UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FELIPE CIRNE DE LOS SANTOS,

                        Plaintiff,

              -against-

94 CORNER CAFE CORP., MOHINDER
SINGH, BALWINDER SINGH, PARMAJIT
KAUR and KADRA ZARWI,

                        Defendants.
-------------------------------------------------------------------X

21-CV-1577 (KHP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/2023

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed in the May 15, 2023 Case Management Conference, the pre-trial submissions deadlines set by the Honorable Mary Kay Vyskocil are adjourned.  By **May 30, 2023**, the parties shall write a joint status letter to the Court.

           SO ORDERED.

DATED:      New York, New York
               May 16, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge