

| | | |
|---|---|---|
| *William Cafaro, Esq.*<br>*Partner*<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com | **LAW OFFICES OF**<br>**WILLIAM CAFARO**<br><br>108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>*www.cafaroesq.com* | *Louis M. Leon, Esq.*<br>*Associate*<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com |
| *Amit Kumar, Esq.*<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com | | *Matthew S. Blum, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY<br>Email: mblum@cafaroesq.com |
| *Andrew S. Buzin, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC | | |

June 12, 2023

**<u>Via ECF</u>**
Hon. Katharine H. Parker's, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Felipe Cirne De Los Santos v. 94 Corner Café Corp., et al*
       Case No. 21-cv-01577

Your Honor:

  This office represents the Plaintiff in this action. We write, jointly with Defendants, to confirm that the parties are available to proceed with a bench trial on October 23-25, 2023, as the Court has proposed.

          Respectfully submitted,
          /**s**/
          By Louis M. Leon, Esq. (WC 2730)
          108 West 39th Street, Suite 602
          New York, New York 10018
          LLeon@cafaroesq.com