

| | | |
|---|---|---|
| *William Cafaro, Esq.*<br>*Partner*<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com<br><br>*Amit Kumar, Esq.*<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com<br><br>*Andrew S. Buzin, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC | 108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>*www.cafaroesq.com* | *Louis M. Leon, Esq.*<br>*Associate*<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com<br><br>*Matthew S. Blum, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY<br>Email: mblum@cafaroesq.com |

September 20, 2023

**<u>Via ECF</u>**
Hon. Katharine H. Parker's, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2023

Re: *Felipe Cirne De Los Santos v. 94 Corner Café Corp., et al*
Case No. 21-cv-01577

Your Honor:

      This office represents the Plaintiff in this action. We submit this joint status letter, with Defendants, to ask the Court to extend the deadline for the parties to submit their joint pre-trial order and proposed findings of fact and conclusions of law from September 22, 2023, to October 6, 2023. We similarly write to request that the deadline to submit trial exhibits to the Court be extended from October 4, 2023 to October 28, 2023. This is our first request for an extension of these deadlines.

      On September 8, 2023, defense counsel filed a letter with the Court explaining that due to nonpayment of legal fees, he would likely have to withdraw as counsel for Defendants. [DE 87]. On September 12, 2023, the Court directed defense counsel to move to withdraw as counsel by September 15, 2023. [DE 88]. Since then, and for the time being, it appears that defense counsel does not intend to move to withdraw as counsel, but the delays in ascertaining whether Defendants would have legal counsel for trial disrupted the parties' ability to jointly work on the pre-trial submissions to the Court. Just yesterday defense counsel conveyed a revised settlement offer to the undersigned, aimed at resolving the case without the need for trial or additional fees and expenses. We have not yet been able to discuss the new offer with Plaintiff and would not want to jeopardize a potential, last-minute settlement due to an additional expenditure of fees and costs. In light of the foregoing, we respectfully ask the Court to extend the deadlines accordingly.

Respectfully submitted,
   /s/
By Louis M. Leon, Esq. (WC 2730)

108 West 39th Street, Suite 602
New York, New York 10018
LLeon@cafaroesq.com

**SO ORDERED:**

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE   9/20/2023

> Plaintiff's request to extend the deadlines is granted in part and denied in part. The parties' deadline to submit the joint pre-trial order and proposed findings of fact is extended from September 22, 2023 to **September 28, 2023**. Trial in this case is scheduled to begin October 23, 2023. Therefore, the Court cannot allow the parties to submit their trial exhibits on October 28, 2023, or five days after the trial is scheduled to begin. Accordingly, the deadline to submit trial exhibits is extended from October 4, 2023 to **October 10, 2023**.
>
> Defendants' counsel has not moved to withdraw as counsel, so Defendants' counsel remains the counsel of record. If the parties reach a settlement, the parties shall write a letter to the Court as soon as possible.