

# LAW OFFICES OF WILLIAM CAFARO

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

September 28, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/28/2023

**MEMO ENDORSED**

***Via ECF***
Hon. Katharine H. Parker's, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Felipe Cirne De Los Santos v. 94 Corner Café Corp., et al*
Case No. 21-cv-01577

Your Honor:

This office represents the Plaintiff in this action.  We submit this joint status letter, with Defendants, to advise the Court that the parties have resolved the case in principle and ask the Court adjourn all deadlines, including today's deadline to submit the joint pretrial order and proposed findings of fact as well as the upcoming trial, *sine die*.  Within the next thirty days, the parties will endeavor to file any relevant papers to close out the case.  We thank the Court for its consideration and attention to this request.

Respectfully submitted,
/s/
By Louis M. Leon, Esq. (WC 2730)
108 West 39th Street, Suite 602
New York, New York 10018
LLeon@cafaroesq.com

**The date for pre-trial submissions is adjourned to October 18, 2023.  The trial will not be adjourned until the parties submit their settlement agreement for Cheeks review.**

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

09/28/2023