**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
FELIPE CIRNE DE LOS SANTOS,

                          Plaintiff,

    -vs.-

94 CORNER CAFE CORP., MOHINDER
SINGH, BALWINDER SINGH, PARMAJIT
KAUR and KADRA ZARWI,

                       Defendants.
---------------------------------------------------------X

Case No.: 1:21-cv-1577-KHP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/03/2023

## JUDGMENT

      WHEREAS, Plaintiff FELIPE CIRNE DE LOS SANTOS, filed a complaint against Defendants, 94 CORNER CAFE CORP., MOHINDER SINGH, BALWINDER SINGH, PARMAJIT KAUR and KADRA ZARWI, on February 22, 2021, alleging violations of the Fair Labor Standards Act and New York Labor Law;

      WHEREAS, the parties filed a stipulation of dismissal without prejudice as to Defendants PARMAJIT KAUR and KADRA ZARWI on September 14, 2022, [DE 52];

      WHEREAS, Defendants 94 CORNER CAFE CORP., MOHINDER SINGH, and BALWINDER SINGH made an offer of judgment to Plaintiff, pursuant to Federal Rule of Civil Procedure 68, on October 3, 2023;

      WHEREAS, the Plaintiff accepted the offer of judgment and filed a notice of the acceptance on October 3, 2023;

      NOW THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that a judgment be entered against the Defendants, 94 CORNER CAFE CORP., MOHINDER SINGH, and

BALWINDER SINGH, jointly and severally, inclusive of attorneys' fees and costs in favor of Plaintiff FELIPE CIRNE DE LOS SANTOS, in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00).

Dated: New York, New York
     10/03/2023

SO ORDERED:

_Katharine H. Parker_
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

**All conferences and deadlines are adjourned sine die, including the trial previously scheduled to begin on October 23, 2023.**